# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

BRUCE A. HORNBUCKLE,

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2018

SEAN F. McAVOY, CLERK

|   |   |   |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:17-CV-239-JTR |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔ other:   Defendant's Motion for Summary Judgment, ECF No. 14, is GRANTED.  Plaintiff's Motion for Summary Judgment,
ECF No. 13, is DENIED.   Judgment is entered for Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

✔ decided by Judge _____ John T. Rodgers _____ on cross-motions for summary
judgment (ECF Nos. 13 and 14).

Date:  May 4, 2018

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard